EDWARD L. BARTLEY, Respondent, v. JAMES A. BARTLEY, JOHN T. BARTLEY and ROSE A. HAYES, Appellants.— Order denying defendants' motion to strike the action from the Special Term calendar and to place it on the Trial Term calendar, to be tried by a jury, affirmed, with ten dollars costs and disbursements. Defendants waived a trial by jury by failing to make a demand therefor pursuant to section 426 of the Civil Practice Act, within the time prescribed after they had been served with a note of issue by plaintiff. (*Braunhut* v. *Rein*, 241 App.

Div. 622.)    Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.